```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 15-00892-MDF
Clarence L. Briggs                                                      Chapter 13
           Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini              Page 1 of 2                   Date Rcvd: Jul 14, 2016
                              Form ID: ordsmiss           Total Noticed: 54
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2016.
```
db            #+Clarence L. Briggs,    665 North Middle Road,    Newville, PA 17241-8640
4614699        +American Education,    Payment Center,    Harrisburg, PA 17130-0001
4614707        +CBNA/Best Buy,    PO Box 6497,    Sioux Falls, South Dakota 57117-6497
4614705        +Capital One Bank (PO Box 30253, Salt Lak,    PO Box 30253,    Salt Lake City, Utah 84130-0253
4614706        +Capital One Bank / Boscov's,     PO Box 30253,    Salt Lake City, Utah 84130-0253
4614713        +Comenity Bank / Pier 1 (Bankruptcy Dept.,    Bankruptcy Dept.,    PO Box 182125,
                 Columbus, Ohio 43218-2125
4614718        +Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
4635213        +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
4614719        +First Bankcard Center - Omaha,    PO Box 3412,    Omaha, Nebraska 68103-0412
4614720        +First National Bank Omaha,    PO Box 3412,    Omaha, Nebraska 68103-0412
4623523        +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha, NE 68197-0003
4614722        +Fulton Bank of NJ,    Cardmember Service,    P Box 790408,    St. Louis, MO 63179-0408
4614727        +Navicore Solutions,    PO Box 5012,    Freehold, NJ 07728-5012
4614726        +Navicore Solutions,    PO Box 5012,    Freehold, New Jersey 07728-5012
4625928        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
4614728        +Pay Pal Buyer Credit,    PO Box 105658,    Atlanta, GA 30348-5658
4614729        +Paypal,    PO Box 105658,    Atlanta, GA 30348-5658
4614734        +Quicken Loans,    PO Box 6577,    Carol Stream, IL 60197-6577
4614735        +Southwest Rewards,    Cardmember Service,    PO Box 15153,    Wilmington , DE 19886-5153
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4614701        +EDI: AMEREXPR.COM Jul 14 2016 19:08:00      American Express,    PO Box 981537,
                 El Paso, Texas 79998-1537
4659105         EDI: BECKLEE.COM Jul 14 2016 19:08:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
4614702        +EDI: BANKAMER.COM Jul 14 2016 19:08:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
4614703        +EDI: WFNNB.COM Jul 14 2016 19:08:00      Bon-Ton,    PO Box 659813,    San Antonio, TX 78265-9113
4657142        +E-mail/Text: bncmail@w-legal.com Jul 14 2016 19:10:49      COMENITY CAPITAL BANK/PAYPAL CREDIT,
                 C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4614704        +EDI: CAPITALONE.COM Jul 14 2016 19:08:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, Utah 84130-0281
4649840         EDI: BL-BECKET.COM Jul 14 2016 19:08:00      Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
4645222        +E-mail/Text: bankruptcy@cavps.com Jul 14 2016 19:10:53      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4653474        +EDI: BASSASSOC.COM Jul 14 2016 19:08:00      Cavalry Spv 1, LLC,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
4614708        +EDI: CHASE.COM Jul 14 2016 19:08:00      Chase Bank USA,    PO Box 15298,
                 Wilmington, Delaware 19850-5298
4614709        +EDI: CITICORP.COM Jul 14 2016 19:08:00      Citi Cards,    Processing Center,
                 Des Moines, IA 50363-0001
4614710        +EDI: CITICORP.COM Jul 14 2016 19:08:00      Citibank SD NA,    PO Box 6497,
                 Sioux Falls, South Dakota 57117-6497
4660021        +EDI: CITICORP.COM Jul 14 2016 19:08:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
4614714         EDI: WFNNB.COM Jul 14 2016 19:08:00      Comenity Bank/Trek,    PO Box 182789,
                 Columbus, Ohio 43218-2789
4614715        +EDI: RCSFNBMARIN.COM Jul 14 2016 19:08:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, Nevada 89193-8873
4617364         EDI: DISCOVER.COM Jul 14 2016 19:08:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
4614716        +EDI: DISCOVER.COM Jul 14 2016 19:08:00      Discover Card,    PO Box 71084,
                 Charlotte, NC 28272-1084
4614723         EDI: IRS.COM Jul 14 2016 19:08:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, Pennsylvania 19101-7346
4614724        +EDI: CBSKOHLS.COM Jul 14 2016 19:08:00      Kohl's / Capital One,    PO Box 3115,
                 Milwaukee, Wisconsin 53201-3115
4662826         EDI: RESURGENT.COM Jul 14 2016 19:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4663428         EDI: PRA.COM Jul 14 2016 19:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4614730        +E-mail/Text: bankruptcynotices@psecu.com Jul 14 2016 19:10:59      PSECU,    PO Box 67013,
                 Harrisburg, Pennsylvania 17106-7013
4642017         EDI: Q3G.COM Jul 14 2016 19:08:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
4625863        +E-mail/Text: bankruptcyteam@quickenloans.com Jul 14 2016 19:10:54      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
4614736        +EDI: RMSC.COM Jul 14 2016 19:08:00      SYNCB,    PO Box 960061,    Orlando , Florida 32896-0061
4614737        +EDI: RMSC.COM Jul 14 2016 19:08:00      SYNCB/Lowe's,    PO Box 965005,
                 Orlando , Florida 32896-5005
```

```
District/off: 0314-1            User: CGambini              Page 2 of 2               Date Rcvd: Jul 14, 2016
                                Form ID: ordsmiss           Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4614738         +EDI: RMSC.COM Jul 14 2016 19:08:00      SYNCH-CCA-Carpet Co Op,   c/o PO Box 965036,
                 Orlando, FL 32896-0001
4614739         +EDI: RMSC.COM Jul 14 2016 19:08:00      Synchrony Bank,    Attn:  Bankruptcy Dept.,
                 PO Box 960061,   Orlando, Florida 32896-0061
4632645         +E-mail/Text: bncmail@w-legal.com Jul 14 2016 19:10:49     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4614740         +EDI: WTRRNBANK.COM Jul 14 2016 19:08:00      Target Card Services,    PO Box 660170,
                 Dallas, TX 75266-0170
4614717          EDI: USBANKARS.COM Jul 14 2016 19:08:00      Elan Financial,    CB Disputes,    PO Box 108,
                 St. Louis, MO 63166
4614741         +EDI: RMSC.COM Jul 14 2016 19:08:00      Walmart Mastercard ISYNCB,     PO Box 960024,
                 Orlando, FL 32896-0024
4657956         +EDI: WFFC.COM Jul 14 2016 19:08:00      Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
4653464          EDI: ECAST.COM Jul 14 2016 19:08:00      eCAST Settlement Corporation assignee of Citibank,    NA,
                 POB 29262,   New York NY 10087-9262
4614721         +E-mail/Text: bankruptcy@fult.com Jul 14 2016 19:11:06      fulton Bank,    1695 State St.,
                 East Petersburg, PA 17520-1328
                                                                                               TOTAL: 35

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4614743           Carol Stream, IL 60197
4614745           Carol Stream, Illinois 60197
4614711           Citicards,    Box 6500
4614712           Sioux Falls, South Dakota 57117
4614742           Wells Fargo,    PO Box 6412
4614744           Wells Fargo,    PO Box 6412
4614700*          American Education,    Payment Center,   Harrisburg, PA 17130-0001
4614725*         +Kohl's / Capital One,   PO Box 3115,   Milwaukee, Wisconsin 53201-3115
4614731*         +PSECU,   PO Box 67013,   Harrisburg, Pennsylvania 17106-7013
4614732*         +PSECU,   PO Box 67013,   Harrisburg, Pennsylvania 17106-7013
4614733*         +PSECU,   PO Box 67013,   Harrisburg, Pennsylvania 17106-7013
                                                                                   TOTALS: 6, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2016 at the address(es) listed below:
```
              Chad J. Julius    on behalf of Debtor Donna L. Briggs cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com
              Chad J. Julius    on behalf of Debtor Clarence L. Briggs cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Clarence L. Briggs<br>**Debtor(s)** | Chapter 13 |
| | Case No. 1:15−bk−00892−MDF |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated:  July 14, 2016

By the Court,

*Mary D. France*

Honorable Mary D. France
United States Bankruptcy Judge
By: CGambini, Deputy Clerk